# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 14th day of April, two thousand and four.

Before:   Hon. Wilfred Feinberg,
          Hon. Amalya L. Kearse,
          Hon. Reena Raggi,
                *Circuit Judges*

Docket No. 03-7207, 03-7255

[Filed stamp: UNITED STATES COURT OF APPEALS FILED APR 1 4 2004 Roseann B. MacKechnie, Clerk, SECOND CIRCUIT]

---

DORIAN DAVIS,

                Plaintiff-Appellee-Cross-Appellee,

- against -

RICHARD RODRIGUEZ, WILLIAM RIVERA, TROY GORDON & CITY OF HARTFORD,

                Defendants-Appellees-Cross-Appellants,

HARTFORD HOSPITAL,

                Defendant-Appellee,

HARTFORD POLICE DEPARTMENT & DEBRA PACHUCKI,

                Defendants.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in part, REVERSED in part and REMANDED for further proceedings in accordance with the opinion of this Court. The cross-appeal is dismissed as unnecessary.

        A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
        DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

_____
Arthur M. Heller
Motions Staff Attorney

ISSUED AS MANDATE: 9/23/04