UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JURY SELECTION CALENDAR

HONORABLE PETER C. DORSEY, U.S.D.J.
141 CHURCH STREET
NEW HAVEN
COURTROOM NO. 1

November 8, 2004

9:00 A.M.

NOTICE TO COUNSEL

Jury selection will commence at 9:00 A.M. on November 8, 2004 in Courtroom No. 1, 141 Church Street, New Haven, Connecticut. Juries will be selected in six cases in the order listed. A schedule of trial dates, commencing the day after jury selection shall be announced at the time of jury selection.

Problems with the selection of juries or in the assignment of trial dates shall be discussed initially among all counsel. Any request to the court shall be made at the earliest possible time and in writing. No continuances shall be granted except after such consultation and upon good cause shown. No other commitments or conflicts in schedule can be accommodated unless such information is communicated to Patricia A. Villano, Deputy Clerk, Office of the Clerk, 203-773-2427 not less than five business days before jury selection.

Counsel in the first six cases shall select juries at the time noted. Counsel in all other cases shall be prepared to appear at the time noted if notified to do so by the court. Any case in which a jury is selected shall be prepared to commence on 24-hours notice. Counsel in cases awaiting trial must immediately inform the Deputy Clerk of any potential schedule conflict. Failure to so inform the Deputy Clerk will not be accepted to excuse a case from trial as may be required in accordance herewith.

In any case assigned for jury selection or trial, all counsel must diligently explore settlement/entry of a plea at as early a date as possible and advise the Deputy Clerk of any actual settlement/or request for the scheduling of the plea immediately.

If the court, Magistrate Margolis or a Parajudicial Officer can aid settlement discussions, a request for a conference will be honored as promptly as possible. Late advice of settlements/requests to change plea compromises the ability to inform counsel in other cases of their being assigned for jury selection and/or trial. Advice of settlements/requests to change plea but one or two business days before an assignment creates onerous workloads on the court staff and potentially unfair burdens on parties, counsel and witnesses in other cases.

Any settlement reported later than noon, two business days before the assignment date, will require an explanation as to why settlement was not previously accomplished.

PETER C. DORSEY, SENIOR,
UNITED STATES DISTRICT JUDGE

**CASE NO.   3:03 cr 294   USA v. Alberto Castillo**

COUNSEL OF RECORD:

Kari Anne Dooley, AUSA

U.S. Attorney's Office, 157 Church St., 23rd Floor,
P.O. Box 1824, New Haven, CT 06510
203-821-3700

Stephen B. Reynolds, AUSA

U.S. Attorney's Office, 915 Lafayette Blvd.,
Room 309, Bridgeport, CT 06604
203-696-3000

Jonathan J. Einhorn, Esq.

412 Orange St., New Haven, CT 06511
203-777-3777

**CASE NO.   3:98 cv 1935   Isabel Otero vs. Bridgeport Housing Authority, et als**

COUNSEL OF RECORD:

John T. Bochanis, Esq.

Daly, Weihing & Bochanis
1115 Main St., Suite 710
Bridgeport, CT 06604
203-333-8500

Thomas P. O'Dea, Jr., Esq.

Halloran & Sage, 315 Post Road West,
Westport, CT 06880
203-227-2855

**CASE NO.   3:00 cv 468   Dorian Davis vs. Hartford Police, et als**

COUNSEL OF RECORD:

Earle Giovanniello, Esq.

Moscowitz & Giovanniello, 7 Elm St.,
New Haven, CT 06510
203-777-7606

Robert G. Babcock, Esq.

Moriarty, Paetzold & Babcock,
438 Main St., Suite 204,
Middletown, CT 06457
860-346-5554

Brian P. Leaming, Esq.                     U.S. Attorney's Office, 450 Main St., Rm. 328,
                                           Hartford, CT 06103
                                           860-947-1101

James J. Szerejko, Esq.                    Halloran & Sage, One Goodwin Square,
                                           225 Asylum St., Hartford, CT 06103
                                           860-297-4658


### CASE NO.  3:02 cv 1906  Paul Fillipelli vs. Terrace Club

COUNSEL OF RECORD:

Kevin J. Lennon, Esq.                      Tisdale & Lennon, 10 Spruce St.,
                                           Southport, CT 06490
                                           203-254-8474

Mark A. Rubeo, Jr., Esq.                   Marcus, Ollman & Kommer, 72 East Main St.,
                                           New Rochelle, NY 10801
                                           914-633-7400

Darren P. Renner, Esq.                     Lustig & Brown, 1150 Summer St.,
                                           Stamford, CT 06905
                                           203-977-7840

Lori A. Eaton, Esq.                        Lustig & Brown, 1177 Summer St.,
                                           Stamford, CT 06905
                                           203-977-7840


### CASE NO.  3:03 cv 715  Randolph Johnson vs. Aon Corp., et al

COUNSEL OF RECORD:

David M. Marek, Esq.                       Liddle & Robinson, 685 Third Avenue,
Jeffrey L. Liddle, Esq.                    New York, NY 10017
                                           212-687-8500

Sarah W. Poston, Esq.                      Zeldes, Needle & Cooper, P.O. Box 1740,
                                           1000 Lafayette Blvd., Bridgeport, CT 06601-1740
                                           203-333-9441

Andrew P. Marks, Esq.                      Littler Mendelson, 885 Third Ave., 16" Floor,
Christina L. Feege, Esq.                   New York, NY 10040
                                           212-583-9600

Loraine M. Cortese-Costa, Esq.                Durant, Nichols, Houston, Hodgson
                                               & Cortese-Costa, 1057 Broad St.
                                               Bridgeport, CT 06604-0351


### CASE NO.  3:03 cv 846   Victor Franco vs. City of Hartford, et al

COUNSEL OF RECORD:

Wesley S. Spears, Esq.                         53 Russ St., Hartford, CT 06106
                                               860-724-0505

James J. Szerejko, Esq.                        Halloran & Sage, One Goodwin Square,
                                               225 Asylum St., Hartford, CT 06103
                                               860-297-4658


### CASE NO.  3:03 cv 2118   Viejas Band of Kumeyaay Indians vs. Jay Lorinsky

COUNSEL OF RECORD:

Elizabeth J. Stewart, Esq.                     Murtha Cullin, LLP, Whitney Grove Square,
Theresa M. Parietti, Esq.                      2 Whitney Ave., P.O. Box 704-A,
                                               New Haven, CT 06503-0704
                                               203-772-7700

Frank J. Liberty, Esq.                         Liberty Law Firm, 111 Huntington St.,
                                               P.O. Box 2196, New London, CT 06320
                                               860-437-7722




                                               BY ORDER OF THE COURT
                                               KEVIN F. ROWE, CLERK