UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT 26  A 10: 10

U.S. DISTRICT COURT
NEW HAVEN, CT

Dorian DAVIS,
    Plaintiff,

v.     : Civ. No. 3:00cv468 (PCD)

CITY of HARTFORD, et al.,
    Defendants.

## ORDER FOR SUPPLEMENTAL BRIEFING

On January 23, 2003, this Court received a verdict and entered judgment for Defendants Richard Rodriguez and William Rivera against Plaintiff Dorian Davis. On September 23, 2004, the Second Circuit Court of Appeals ordered that this Court's judgment be affirmed in part, reversed in part, and remanded for further proceedings in accordance with its opinion.

This Court has scheduled jury selection for November 8, 2004. As the Court of Appeals recommended in its opinion, the parties are ordered to submit to this Court, on or before November 4, 2004, briefs addressing whether the plaintiff or the defendant carries the ultimate burden of proof with regard to probable cause in a § 1983 unconstitutional false arrest case. The parties shall also address whether state or federal law should determine the proper allocation of proof in cases such as this, as well as the proper burden to be applied if federal law trumps state law.

SO ORDERED.

Dated at New Haven, Connecticut, October 25, 2004.

                                                      Peter C. Dorsey
                                              United States District Judge