**FILED**

2004 NOV 10 P 3: 54

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DORIAN DAVIS<br>Plaintiff | : CIVIL ACTION<br>: NO. 3:00CV00468 (PCD)<br>:<br>V. :<br>:<br>HARTFORD POLICE, :<br>TROY GORDON, :<br>RICHARD RODRIGUEZ, :<br>WILLIAM RIVERA, :<br>HARTFORD HOSPITAL :<br>Defendants : NOVEMBER 2, 2004 |

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

THE PLAINTIFF:
DORIAN DAVIS

By /s/ Earle Giovanniello
Earle Giovanniello, Esq.
Fed. Bar #ct12254
59 Elm Street, Suite 215
New Haven, CT 06510
His Attorneys

THE DEFENDANTS:
CITY OF HARTFORD,
TROY GORDON,
RICHARD RODRIGUEZ AND
WILLIAM RIVERA

By_____
James J. Szerejko
HALLORAN & SAGE LLP
Fed. Bar #ct4326
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 2nd day of November, 2004, I hereby mailed a copy of the foregoing to:

James J. Szerejko, Esq.
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Stephen V. Manning, Esq.
O'Brien, Tanski & Young
CityPlace II
Hartford, CT 06103-3402

Robert Babcock, Esq.
16 West 46th Street
7th Floor
New York, New York 10036

Earle Giovanniello