UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DORIAN DAVIS | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:00CV00468 (PCD) |
| | : | |
| V. | : | |
| | : | |
| HARTFORD POLICE, | : | |
| TROY GORDON, | : | |
| RICHARD RODRIGUEZ, | : | |
| WILLIAM RIVERA, | : | |
| HARTFORD HOSPITAL | : | |
|     Defendants | : | NOVEMBER 10, 2004 |

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

    THE PLAINTIFF:
    DORIAN DAVIS

By_____
  Earle Giovanniello, Esq.
  Fed. Bar #ct12254
  59 Elm Street, Suite 215
  New Haven, CT 06510
  His Attorneys

05645.0554/223



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        THE DEFENDANTS:
        CITY OF HARTFORD,
        HARTFORD POLICE DEPARTMENT,
        TROY GORDON,
        RICHARD RODRIGUEZ AND
        WILLIAM RIVERA


By_____
  James J. Szerejko
  HALLORAN & SAGE  LLP
  Fed. Bar #ct4326
  One Goodwin Square
  225 Asylum Street
  Hartford, CT  06103
  (860) 522-6103
  Their Attorneys
  szerejko@hallloran-sage.com

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 22nd day of November, 2004, I hereby mailed a copy of the foregoing to:

Earle Giovanniello, Esq.
59 Elm Street, Suite 215
New Haven, CT 06510

Robert G. Babcock, Esq.
Law Offices of Moriarty, Paetzold & Babcock, LLC
438 Main Street
Middletown, CT 06457

 

_____
James J. Szerejko

611809.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105